IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

GLENN LOCKMON AND SHARON LOCKMON,

    Plaintiffs,

v.

DISCOVER BANK,

    Defendant.

_____

**NOTICE OF REMOVAL BASED UPON FEDERAL QUESTION JURISDICTION**
_____

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO:

PLEASE TAKE NOTICE that Defendant, Discover Bank ("Discover"), hereby removes the state court lawsuit described below to this Court pursuant to 28 U.S.C. § 1441(a). Removal based upon federal question jurisdiction is proper based on the following grounds:

1.    On January 10, 2012, a civil action was filed in Jefferson County District Court, Colorado captioned as follows: Glenn Lockmon and Sharon Lockmon v. Discover Bank, Case No. 12CV86 (hereinafter the "State Court Action"). A copy of Jefferson County District Court's docket for the case, together with copies of the Summons, Complaint, and all other documents filed in the State Court Action are attached hereto. To the best of Discover's knowledge, no other pleadings have been filed in the State

Court Action and no further proceedings have been held or scheduled in the State Court Action that are not reflected on the docket.

2.  Discover received service of the Summons and Complaint on January 17, 2012. The present date is less than 30 days after the date of service, and Discover did not receive a copy of the initial pleading setting forth the claim for relief prior to the date of service. As a result, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

3.  This action may be removed to this Court pursuant to 28 U.S.C. § 1441(b) because the Complaint presents claims arising under the Constitution, laws, or treaties of the United States. More specifically, Plaintiff alleges that Discover violated 47 U.S.C. § 227(b)(1)(A)(iii), and that he is entitled to relief thereunder.

4.  Jurisdiction exists as conferred by 28 U.S.C. § 1331. Supplemental jurisdiction exists with respect to any remaining claims that may be filed pursuant to 28 U.S.C. § 1367.

WHEREFORE, Discover respectfully requests that the State Court Action now pending against it in Jefferson County District Court, Colorado be removed to this Court.

Respectfully submitted this 13th day of February, 2012.

LAW OFFICE OF JOHN G. NELSON

*/s/ John G. Nelson*
By: _____
John G. Nelson

ATTORNEYS FOR DEFENDANT

**Certificate of Service**

I certify that the foregoing document was served this 13th day of February, 2012 by placing a true and accurate copy of the same in the United States Mail, first class postage prepaid and addressed as follows:

Tracey N. Tiedman, Esq.
Weisberg & Meyers LLC
5363 S. Holland Street
Littleton, CO  80123

*/s/ John G. Nelson*
_____