# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## COURT FILE NO.: 12-cv-00373-MSK-KLM

Glenn Lockmon and Sharon Lockmon,
    Plaintiffs

v.

Discover Bank,
    Defendant

_____

## STIPULATION TO DISMISS WITH PREJUDICE
_____

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice without fees or costs to either party.

| | |
|---|---|
| For Plaintiff, | For Defendant, |
|   s/ Craig J. Ehrlich |   s/ Christine M. Garrison |
| Weisberg & Meyers, LLC | Snell & Wilmer L.L.P. |

## **CERTIFICATE OF SERVICE**

I certify that on December 10, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court of Colorado, using the electronic case filing system of the court. Copy of the foregoing was served on counsel of record below via the court's CM/ECF system on this 10th day of December, 2012.

Christine M. Garrison, Esq.
Snell & Wilmer L.L.P.
1200 Seventeenth Street
Suite 1900
Denver, CO 80202

By: s/Lydia Bultemeyer
    Lydia Bultemeyer

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**COURT FILE NO.: 12-cv-00373-MSK-KLM**

Glenn Lockmon and Sharon Lockmon,
    Plaintiffs

v.

Discover Bank,
    Defendant

_____

Agreed Order of Dismissal Pursuant to Settlement
_____

Pursuant to settlement, the case is dismissed *with* prejudice and without fees or costs to either party.

 

_____
Hon. Marcia S. Krieger
United States District Judge

Dated: _____

 

_____
Hon. Kristen L. Mix
United States District Judge

Dated: _____